IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. CROWDEN,<br><br>　　　　Defendant. | Case No. 11-cv-40029-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Michael J. Crowden's motion to correct judgment and commitment order (Doc. 681).  District courts lack jurisdiction to revisit sentences and can only entertain motions subsequent to judgment when authorized by statute or rule. *United States v. Goode*, 342 F.3d 741, 743 (7th Cir. 2003).  Here, there is no statute or rule that authorizes this Court to grant Crowden the relief he requests.  Accordingly, the Court **DENIES** Crowden's motion (Doc. 681) for lack of jurisdiction.

**DATED:** March 19, 2014

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**